# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153035

IN RE COLE

_____

JIMMY RAE COLE,

       Plaintiff-Appellant,

v

JACKSON CIRCUIT COURT JUDGE,

       Defendant-Appellee.

_____

SC:  153035
COA:  329461

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of February 9, 2016, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2016



jam

                    Clerk